Case 1:18-cv-24884-UU   Document 1   Entered on FLSD Docket 11/21/2018   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

HERMAN LEE CRAWFORD,

    Plaintiff,

vs.

PARK ONE OF FLORIDA, LLC,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, Park One of Florida, LLC ("Defendant"), pursuant to 28 U.S.C. §§1441 and 1446, hereby files this Notice of Removal of the above-captioned action to the United States District Court for the Southern District of Florida. The grounds for removal are as follows:

1.    On August 15, 2018, a civil action was filed in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, styles Herman Crawford v. Park One of Florida, LLC, Case No. 2018-027747 (the "Action"). On August 22, 2018, Defendant was served with the Summons and Complaint. The Complaint exclusively asserted state law claims for employment discrimination and retaliation arising under Florida Statutes §760.10.

2.    Thereafter, Plaintiff filed a First Amended Complaint on September 24, 2018, amending allegations but still only asserting claims for employment discrimination and retaliation arising under Florida Statutes §760.10.

3. On October 30, 2018, Plaintiff filed a Second Amended Complaint withdrawing all his prior theories of liability (no remaining state law claims exist) and replacing them with two counts for employment discrimination and retaliation arising under Federal statutory law: The Civil Rights Act of 1866, 42 U.S.C. §1981.

4. The United States District Court for the Southern District of Florida, has original subject matter jurisdiction over the Action pursuant to 28 U.S.C. §1331 in that the Action arises under the laws of the United States, since it appears from the Second Amended Complaint that the Plaintiff bases his entire claim for relief against Defendants by virtue of and under 42 U.S.C. §1981.

5. The Action can be removed to this Court pursuant to 28 USC §1441.

6. This Notice of Removal is filed within thirty (30) days after receipt through service by Defendant of a copy of the Second Amended Complaint setting forth a claim for relief against Defendant and is therefore timely filed pursuant to 28 U.S.C. §1446(b).

7. Pursuant tot 28 U.S.C. §1446(a), true and correct copies of all process and pleadings served in the Action are attached hereto as Composite Exhibit A consisting of:

    a. Complaint.
    b. Summons on Defendant.
    c. Return of Service on Defendant
    d. Notice of Interrogatories to Plaintiff
    e. Request for Production of Documents to Plaintiff.
    f. Defendant's Motion to Dismiss Complaint.
    g. First Amended Complaint.
    h. Motion to Dismiss First Amended Complaint.
    i. Defendant's Motion to Compel Discovery
    j. Agreed Order granting Defendant's Motion to Compel Discovery
    k. Notice of Appearance for Plaintiff
    l. Second Amended Complaint
    m. Notice of Interrogatories to Defendant.

8.      Defendant states that a true and correct copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, promptly after filing this Notice of Removal, as required by 28 U.S.C. §1446(d), and is being served upon Plaintiff's counsel of record.

Dated: November 21, 2018.

>ROSENTHAL LAW GROUP
>Weston Professional Centre
>2115 N Commerce Parkway
>Weston, FL 33326
>Telephone (954) 384-9200
>
>By: s/Alex P. Rosenthal
>   Alex P. Rosenthal, Esq.
>   Fla. Bar No. 815160
>   alex@rosenthalcounsel.com
>   Amanda Jones, Esq.
>   amanda@rosenthalcounsel.com
>   Fla. Bar No. 26260

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was served this 21st day of November, 2018, on Jason S. Remer, Esq., at jremer@rgpattorneys.com and on Brody M. Shulman, Esq., at bshulman@rgpattorneys.com.

>s/Alex P. Rosenthal
>Alex P. Rosenthal

3